1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | FRANK D. KORTUM
Assistant United States Attorney
6 | Asset Forfeiture Section
California Bar No. 110984
7 | United States Courthouse
312 North Spring Street, Suite 1400
8 | Los Angeles, California 90012
Telephone: (213)894-5710
9 | Facsimile: (213)894-7177
E-Mail: Frank.Kortum@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

E-FILED 12/16/11

JS-6

12 | UNITED STATES DISTRICT COURT

13 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 | SOUTHERN DIVISION

15 | UNITED STATES OF AMERICA,        )   NO.  CV 10-9845-PSG (FMOx)
                                     )
16 |              Plaintiff,         )   [Proposed]
                                     )
17 |         v.                      )   **CONSENT JUDGMENT OF FORFEITURE**
                                     )
18 | $17,080.00 IN U.S. CURRENCY,    )
                                     )
19 |              Defendant.         )
                                     )
20 | _____ )
                                     )
21 | RICHARD ALVAREZ AND CLAUDIA     )
ALVAREZ,                             )
22 |                                 )
              Claimants.             )
23 | _____ )

24

25 |      On or about December 21, 2010, plaintiff United States of

26 | America ("the United States of America") filed a Verified

27 | Complaint for Forfeiture alleging that the defendant $17,080.00

28 | in U.S. currency (the "defendant currency") is subject to

1  forfeiture pursuant to 21 U.S.C. § 981(a)(6).

2      Claimants Richard Alvarez and Claudia Alvarez ("claimants")

3  filed a claim to the defendant currency on January 3 and 4, 2011.

4  No other parties have appeared in this case and the time for

5  filing claims and answers has expired.

6      The United States of America and claimant have now agreed to

7  settle this action and to avoid further litigation by entering

8  into this Consent Judgment of Forfeiture.

9      The Court having been duly advised of and having considered

10  the matter, and based upon the mutual consent of the parties

11  hereto,

12      IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

13      1.   This Court has jurisdiction over the subject matter of

14  this action and the parties to this Consent Judgment of

15  Forfeiture.

16      2.   The Complaint for Forfeiture states a claim for relief

17  pursuant to 21 U.S.C. § 881(a)(6).

18      3.   Notice of this action has been given as required by

19  law.  No appearances have been made in this case by any person

20  other than claimants.  The Court deems that all other potential

21  claimants admit the allegations of the Complaint for Forfeiture

22  to be true.

23      4.   $10,248.00 of the defendant currency, with interest on

24  that amount only earned by the United States since seizure, shall

25  be returned to claimants.  The check shall be made payable to the

26  Law Offices of Ronald Richards Attorney Client Trust Account or

27  the funds may be paid via ACH deposit to the Law Offices of

28  Ronald Richards Attorney Client Trust Account.  The remainder of

1   the defendant currency (i.e., $6,832.00), plus the interest

2   earned by the United States of America on the remainder of the

3   defendant currency since seizure, shall be condemned and

4   forfeited to the United States of America.   The custodian of the

5   defendant currency is ordered to dispose of the funds forfeited

6   to the United States of America in accordance with law.

7       5.   The funds to be returned to claimants pursuant to

8   paragraph 4 shall be paid to claimants in care of his attorney's,

9   Ronald N. Richards, client-trust account within sixty (60) days

10   of the entry of this Consent Judgment of Forfeiture.

11       6.   Claimants hereby release the United States of America,

12   its agencies, agents, officers, employees and representatives,

13   including, without limitation, all agents, officers, employees

14   and representatives of the Drug Enforcement Administration and

15   the Department of Justice and their respective agencies, as well

16   as all agents, officers, employees and representatives of any

17   state or local governmental or law enforcement agency involved in

18   the investigation or prosecution of this matter, from any and all

19   claims, actions, or liabilities arising out of or related to this

20   action, including, without limitation, any claim for attorney

21   fees, costs, and interest, which may be asserted by or on behalf

22   of claimant.

23       7.   The Court finds that there was reasonable cause for the

24   seizure of the defendant currency and institution of these

25   proceedings.   This judgment shall be construed as a certificate

26   of reasonable cause pursuant to 28 U.S.C. § 2465.

27       8.   The Court further finds that claimant did not

28   substantially prevail in this action, and each of the parties

1    hereto shall bear their own attorney fees and costs.

2    //

3    //

4

5        9.   The Court shall maintain jurisdiction in this case for

6    the purpose of effectuating the terms of this Consent Judgment of

7    Forfeiture.

8        DATED:  12/16/11

PHILIP S. GUTIERREZ

9    _____
     THE HONORABLE PHILIP S. GUTIERREZ
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1
2
3
4

<u>CONSENT</u>

5
    The parties hereto consent to the above Consent Judgment of

6
Forfeiture and waive any right of appeal.

7
DATED: December _15_, 2011     ANDRÉ BIROTTE JR.

8
United States Attorney
ROBERT E. DUGDALE

9
Assistant United States   Attorney
Chief, Criminal Division

10
STEVEN R. WELK
Assistant United States Attorney

11
Chief, Asset Forfeiture Section

12

13
FRANK D. KORTUM
Assistant United States Attorney

14

15
Attorneys for Plaintiff
UNITED STATES OF AMERICA

16

17
DATED: December _14_, 2011

18

19
RONALD N. RICHARDS, ESQ.

20
Attorney for Claimants

21
RICHARD ALVAREZ AND CLAUDIA ALVAREZ

22
23
24
25
26
27
28

5